United States Bankruptcy Court for the
Western District of Michigan

IN RE:  
Target Drywall, Inc.,  
　　　　　　　　DEBTOR (S)

Case No. 06-03457  
(Chapter 7)

FILED 2014 AUG 20 PM 3:42  
DANIEL M. LAVILLE, CLERK  
U.S. BANKRUPTCY COURT  
WEST. DIST. OF MICH.

## APPLICATION FOR RELEASE OF UNCLAIMED FUNDS

**IT APPEARING THAT**, a dividend check in the amount of $25,560.68 was issued by the trustee to <u>Capital Drywall</u>, creditor in the above referenced case.

**IT ALSO APPEARING THAT** said check was not negotiated by said payee and the trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the clerk, U.S. Bankruptcy Court. These funds are currently being held by the United States Treasury.

**IT ALSO APPEARING THAT since the applicant is a funds locator,** this application includes a Power of Attorney authorizing the undersigned, <u>Greg Griffith</u>, Attorney in Fact, to petition the Court on behalf of the claimant for the release of these funds.

**IT ALSO APPEARING THAT** this application includes a signed and notarized affidavit of the undersigned that he/she has made all reasonable efforts to believe that the person or entity claiming right to these funds is the legal owner of such funds.

**IT ALSO APPEARING THAT** the U.S. Attorney for the Western District of Michigan has been provided a <u>copy</u> of this application allowing 20 days from the date of service to file an objection to payment of the unclaimed funds.

**THEREFORE**, An application is made for an order directing the Clerk of Court to pay said unclaimed funds (or to cause a voucher to be issued to the Administrative Office of the U.S. Courts directing the U.S. Treasury to issue a check) to the order of <u>Greg Griffith</u>, applicant (or attorney in fact if application by funds locator), and mail said check to the following address: <u>American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013</u>.

Dated: _8/18/14_　　　　　　　　　　　_____  
　　　　　　　　　　　　　　　　　　Applicant or Attorney in Fact

SUBSCRIBED AND SWORN BEFORE ME THIS _18_ DAY OF _August_, 20_14_.

SEAL

MY COMMISSION EXPIRES: _4/27/20_　　　　NOTARY PUBLIC IN AND FOR THE  
　　　　　　　　　　　　　　　　　　　STATE OF _Oklahoma_.

(Notary seal: KATRINA J. CUTTER, #03004752, EXP. 04/27/15, NOTARY PUBLIC, STATE OF OKLAHOMA)

PROOF OF SERVICE OF APPLICATION ON U.S. ATTORNEY

Notice is hereby given that on August 18, 2014, a copy of the application for Release of Unclaimed Funds was served on the U. S. Attorney for the Western District of Michigan, P.O. Box 208, Grand Rapids, MI 49501-0208. Service was completed via U.S. Mail.

Date: __8/18/14__     _____
                          Greg Griffith

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF THE STATE OF MICHIGAN

IN RE:                             )
Target Drywall, Inc.,              )   Case No. 06-03457
                                   )   (Chapter 7)
                                   )
          DEBTOR                   )

### AFFIDAVIT OF FUNDS LOCATOR

I, <u>Greg Griffith</u>, have obtained the consent of the claimant to make application for the unclaimed funds as provided in this application. I have made all reasonable efforts required to believe to the best of my knowledge that <u>Capital Drywall</u> is legally entitled to the unclaimed funds referenced in this application. I am familiar with State of Michigan requirements for acting in the capacity of Attorney in Fact.

Dated:   8/18/14              _____
                              Applicant or Attorney in Fact


SWORN AND SUBSCRIBED TO ME THIS 18 DAY OF August, 2014.

[Notary Seal: KATRINA J. CUTTER, NOTARY PUBLIC, STATE OF OKLAHOMA, #03004752, EXP. 04/27/15]

MY COMMISSION EXPIRES 4-27-2015    _____
                                   NOTARY PUBLIC IN AND FOR
                                   THE STATE OF Oklahoma.

## LIMITED POWER OF ATTORNEY

Capital Drywall, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in its place for the purposes and duration set forth below.

Principal appoints Greg Griffith of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be its attorney-in-fact to act for it in its name and place, and in any capacity that Principal might act,

**Only** to recover cash or cash equivalents **specifically arising from the Target Drywall, Inc. bankruptcy matter** that belong to the Principal and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 17th day of July, 2014.

**PRINCIPAL:**
Capital Drywall
(Tax ID # 38-3406801)

PRINCIPAL'S ADDRESS:
44700 N. Groesbeck Highway
Clinton Township, MI 48036

By: William Johns
Title: President

STATE OF Michigan )
COUNTY OF Macomb )

ACKNOWLEDGMENT

Before me, the undersigned a Notary Public, in and for said County and State on this 17 day of July, 2014, personally appeared William R. Johns to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its President and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
5/5/21

Notary: Mary Lyn Girodat

MARY LYN GIRODAT
Notary Public, Macomb County, MI
My Commission Expires May 5, 2021
Acting in Macomb County, MI



UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In Re:

Target Drywall, Inc.                    Case No.    06-03457

Debtor (s)                              Chapter 7

### AFFIDAVIT OF CLAIMANT

I, Capital Drywall, do hereby state that I am the claimant to the unclaimed funds referenced in this application and that I am, to the best of my knowledge, the legal owner of these funds.

My mailing address and phone number are, 44700 N. Groesbeck Highway, Clinton Township, MI 48036, phone 586-469-3404.

Dated: 7-17-14          _William [signature]_
                         Capital Drywall


SWORN AND SUBSCRIBED TO ME THIS 17 DAY OF July, 2014.

SEAL

MY COMMISSION EXPIRES 5/5/21.      _Mary Lyn Girodat [signature]_
                                    NOTARY PUBLIC IN AND FOR
                                    THE STATE OF Michigan.

MARY LYN GIRODAT
Notary Public, Macomb County, MI
My Commission Expires May 5, 2021
Acting in Macomb County, MI



BCS/CD-531 (Rev. 04/11)

| MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS BUREAU OF COMMERCIAL SERVICES | |
|---|---|
| Date Received<br>**RECEIVED**<br>~~OCT 1 6 2012~~<br>Bureau of Commercial Services | 1298864-1<br>CK#6652<br>0921<br>$10 (FOR BUREAU USE ONLY)<br>This document is effective on the date filed, unless a subsequent effective date within 90 days after received is stated in the document. |

**FILED**

OCT 2 2 2012

Administrator
BUREAU OF COMMERCIAL SERVICES

Effective Date:

Name: Capital Drywall and Supply, Inc.
Address: 44700 Groesbeck Highway
City: Clinton Township    State: MI    ZIP Code: 48036

Document will be returned to the name and address you enter above.
If left blank document will be mailed to the registered office.

## CERTIFICATE OF DISSOLUTION
### For use by Domestic Corporations
(Please read information and instructions on reverse side)

Pursuant to the provisions of Act 284, Public Acts of 1972 (profit corporations), or Act 162, Public Acts of 1982 (nonprofit corporations), the undersigned corporation executes the following Certificate:

1. The name of the corporation is:
   Capital Drywall Supply, Inc.

2. The identification number assigned by the Bureau is: 496389

3. The dissolution was approved: (Check one of the following)

   ☐ by written consent of the shareholders or members having not less than the minimum number of votes required by statute in accordance with Section 407(1) of the Act. Written notice to shareholders or members who have not consented in writing has been given. (Note: Written consent by less than all of the shareholders or members is permitted only if such provisions appears in the Articles of Incorporation).

   ☑ by written consent of all shareholders or members entitled to vote in accordance with Section 407(2) of P.A. 284 of 1972, or 407(3) of P.A. 162 of 1982.

   ☐ by agreement among the shareholders in accordance with Section 488 of P.A. 284 of 1972.

   ☐ by written consent of all directors pursuant to Section 525 of the Act and the corporation is a nonprofit corporation organized on a nonstock directorship basis.

   ☐ at a meeting of the shareholders or members, held on the _____ day of _____, _____

   at _____
   (Location of Meeting)

   ☐ at a meeting of directors of a corporation organized on a nonprofit directorship basis held on the _____ day of _____, _____ at _____
   (Location of Meeting)

| Profit Corporations and Professional Service Corporations | Nonprofit Corporations |
|---|---|
| Signed this 10th day of October, 2012 | Signed this _____ day of _____, _____ |
| By _William R. Johns_ (signature)<br>(Signature of an authorized officer or agent)<br>William R. Johns<br>(Type or Print Name) | By _____<br>(Signature of President, Vice-president, Chairperson or Vice Chairperson)<br>_____<br>(Type or Print Name)    (Type or Print Title) |

BCS/CD-2500 (12/09)

**DEPARTMENT OF ENERGY, LABOR & ECONOMIC GROWTH**
**PROFIT CORPORATION INFORMATION UPDATE**
**2010**



Due May 15, 2010    File Online at www.michigan.gov/fileonline

| Identification Number | Corporation name |
|---|---|
| **496389** | CAPITAL DRYWALL SUPPLY, INC. |

**Resident agent name and mailing address of the registered office**

WILLIAM R JOHNS
2350 JARCO DR
HOLT MI  48842

RECEIVED
MAR 1 0 2010
DLEG $25.00

FILED
APR 19 2010

Administrator
Bureau of Commercial Services

**For Bureau use only**
**Fee Received**

☐ $25 before May 16
☐ $35 (May 16 - 31)
☐ $45 (June 1 - 30)
☐ $55 (July 1 - 31)
☐ $65 (Aug 1 - 31)
☐ $75 after August 31

**The address of the registered office**
44700 GROESBECK HWY.
CLINTON TWP MI  48036

☒ To certify there are no changes from your previous filing check this box and proceed to Item 6. If the resident agent and/or registered office has changed complete Items 1-6. If only officer and director information has changed complete Items 4-6.

| 1. Mailing address of registered office in Michigan (may be a P.O. Box) | 2. Resident Agent |
|---|---|
| | |

3. The address of the registered office in Michigan (a P.O. Box may not be designated as the address of the registered office)

4. Describe the general nature and kind of business in which the corporation is engaged:

| 5. | NAME | BUSINESS OR RESIDENCE ADDRESS |
|---|---|---|
| If different than President | President (Required) | |
| | Secretary (Required) | |
| | Treasurer (Required) | |
| | Vice - President | |
| If different than Officers | Director | |
| | Director | |
| | Director | |

| 6. Signature of authorized officer or agent | Title | Date | Phone (Optional) |
|---|---|---|---|
| [signature] | Bookkeeper | 3-5-2010 | |

Filing fee $25
Report due May 15, 2010.
If received after May 15, penalty fees will be assessed.

Please make your check or money order payable to the State of Michigan.
Return to: Department of Energy, Labor & Economic Growth
Bureau of Commercial Services, Corporation Division
P.O. Box 30481
Lansing, MI 48909
(517) 241-6470

If more space is needed additional pages may be included. Do not staple any items to report. This report is required by Section 911, Act 284, Public Acts of 1972, as amended.